1 | McGREGOR W. SCOTT
United States Attorney
2 | KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
3 | 2500 Tulare Street
Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000
5



**FILED**

OCT 2 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

6

7 | SEALED

8

9 | IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

10 |

1: 0 8 SW   0 0 2 5 8 GSA

11

12 | IN THE MATTER OF:                        )        S.W. NO.
                                            )
13 |                                         )        **UNDER SEAL**
                                            )
14 | 10409 Redwood Blvd.                     )        SEALING ORDER
California City, California                  )
15 | 93505                                   )
                                            )
16 | 1117 Pinot Noir Street                  )
Los Banos, California                       )
17 |                                         )
9024 Evelyn Avenue
18 | California City, California
93505
19 |
2520 Floyd Avenue
20 | Modesto, California 95355

21 | _____

22

23 |        The United States of America, having applied to this

24 | Court, for an Order permitting it to file the search warrant

25 | and applicant and affidavit in the above-entitled proceedings,

26 | together with its Application to Seal, Memorandum of Points and

27 | Authorities and the accompanying Declaration of Kimberly A.

28 | Sanchez, under seal, and good cause appearing therefor,

1

1  　IT IS HEREBY ORDERED that the search warrant affidavit in
2  the above-entitled proceeding, together with the Application To
3  Seal of the United States Attorney and the accompanying
4  Memorandum of Points and Authorities and Declaration of
5  Kimberly A. Sanchez, shall be filed with the Court in camera,
6  under seal and shall not be disclosed pending further order of
7  this court.

8

9

10  DATED: __10/20/08__  

　　　　　　　　　　　　　　　　　_____
11  　　　　　　　　　　　　　　　　Gary S. Austin
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28